# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-23971-JAD |
| Linda Donkers, Debtor | : | Chapter 13 |
| | : | Related to Document No. 21 |
| Linda Donkers, Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this __6th__ day of __November__, __2018__, upon consideration of the Motion of the above referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including November 16, 2018.

BY THE COURT:

_____
Jeffery A. Deller,
United States Bankruptcy Judge

FILED
11/6/18 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                            Case No. 18-23971-JAD
Linda Donkers                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                 Page 1 of 1              Date Rcvd: Nov 06, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db             +Linda Donkers,    306 Telegraph Road,    Brownsville, PA 15417-9560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Linda  Donkers ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4