## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 18-23971-JAD** |
| | : | |
| **Linda Donkers,** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | |
| **Linda Donkers,** | : | |
| **Movant** | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Linda Donkers,** hereby state as follows:

1. I have been unemployed for 1 month and I receive PA Unemployment Compensation in the amount of $1,478.00 per month

2. Prior to this I was employed by Grindstone Foodland Inc. and I earned average gross wages of $2,804.82 per month.

3. I receive Social Security Benefits in the amount of $ 1,873.00 per month.

4. I receive a pension in the amount of $264.00 per month.

5. My daughter, her husband and their child live in the household and contribute $1,000.00 per month.

6. I have filed income tax returns for the years 2014 - 2017.

7. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>November 14, 2018</u>

<u>/s/ **Linda Donkers**</u>
**Linda Donkers**
Debtor

## Pay Stub 1

| EARNINGS | HRS/UNITS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| REGULAR | 30.75 | 14.450 | 444.14 | 18721.72 |
| SUN 11/2 | 6.00 | 21.675 | 130.05 | 2866.52 |
| HOLIDAY | 8.00 | 14.450 | | |
| PER HOL | 8.00 | 14.450 | 115.60 | 231.20 |
| VACATION | | | | 1271.60 |
| RETRO | | | | 0.50 |
| | | | | |
| Totals | 52.75 | | 805.59 | 23667.87 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FEDRAL | 38.60 | 1811.53 |
| EE-SS | 49.95 | 1467.41 |
| EE-MED | 11.68 | 343.18 |
| PA | 24.73 | 726.59 |
| PA-SUI-E | 0.48 | 14.20 |
| LUZERNE | 4.03 | 118.40 |
| LST | 0.99 | 36.63 |
| BROWN SH | 4.03 | 118.36 |
| UNION | 5.05 | 180.64 |
| DDEPFEE | 0.45 | 16.65 |
| UNBLT | 1.00 | 37.00 |
| OTHRIN | 4.27 | 157.99 |
| CRDTUN | | 720.00 |
| Totals | 175.35 | 5768.58 |

ACH CHECKING    Acct 02773852017                    $630.24

| OTHER | AMOUNT |
|---|---|
| | |

Payer: GRINDSTONE FOODLAND INC
Payee: DONKERS, LINDA

Check No.: 40612598
Check Date: 9/12/2018
Employee Number: 000431035

Pay Period End Date: 9/8/2018
Total Earnings: $805.59
Total Deductions: $175.35
Net Pay: $630.24

## Pay Stub 2

| EARNINGS | HRS/UNITS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| REGULAR | 37.75 | 14.450 | 545.49 | 18275.71 |
| SUN 11/2 | | | | 2736.47 |
| VACATION | | | | 1271.60 |
| HOLIDAY | | | | 462.40 |
| PER HOL | | | | 115.60 |
| RETRO | | | | 0.50 |
| | | | | |
| Totals | 37.75 | | 545.49 | 22862.28 |

| DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| FEDRAL | 38.34 | 1762.84 |
| EE-SS | 33.82 | 1417.46 |
| EE-MED | 7.91 | 331.50 |
| PA | 16.75 | 701.86 |
| PA-SUI-E | 0.33 | 13.72 |
| LUZERNE | 2.73 | 114.37 |
| LST | 0.99 | 35.64 |
| BROWN SH | 2.73 | 114.33 |
| UNION | 5.05 | 175.59 |
| DDEPFEE | 0.45 | 16.20 |
| UNBLT | 1.00 | 36.00 |
| OTHRIN | 4.27 | 153.72 |
| CRDTUN | | 720.00 |
| Totals | 114.37 | 5593.23 |

ACH CHECKING    Acct 02773852017                    $431.12

| OTHER | AMOUNT |
|---|---|
| | |

Payer: GRINDSTONE FOODLAND INC
Payee: DONKERS, LINDA

Check No.: 40611348
Check Date: 9/5/2018
Employee Number: 000431035

Pay Period End Date: 9/1/2018
Total Earnings: $545.49
Total Deductions: $114.37
Net Pay: $431.12

| EARNINGS | HRS/UNITS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR | 38.50 | 14.452 | 596.35 | 17730.23 | FEDRAL | 24.38 | 1724.50 |
| SUN 11/2 | 6.00 | 21.675 | 130.03 | 2736.45 | EE-SS | 42.55 | 1383.64 |
| VACATION | | | | 1271.60 | EE-MED | 9.95 | 323.59 |
| HOLIDAY | | | | 462.40 | PA | 21.07 | 685.11 |
| PER HOL | | | | 115.60 | PA-SUI-E | 0.41 | 13.39 |
| RETRO | | | | 0.50 | LUZERNE | 3.43 | 111.64 |
| | | | | | LST | 0.99 | 34.65 |
| | | | | | BROWN SH | 3.43 | 111.60 |
| | | | | | UNION | 5.05 | 170.54 |
| | | | | | DDEPFEE | 0.45 | 15.75 |
| | | | | | UNBLT | 1.00 | 35.00 |
| | | | | | OTHRIN | 4.27 | 149.45 |
| | | | | | CRDTUN | | 720.00 |
| Totals | 44.50 | | 686.38 | 22316.79 | Totals | | 146.98 | 5478.86 |

ACH CHECKING        Acct 02773852017                          $539.40

| OTHER | AMOUNT |
|---|---|
| | |

Payer: GRINDSTONE FOODLAND INC
Payee: DONKERS, LINDA

Check No.: 40610809
Check Date: 8/29/2018
Employee Number: 000431035

Pay Period End Date: 8/25/2018
Total Earnings: $686.38
Total Deductions: $146.98
Net Pay: $539.40

---

| EARNINGS | HRS/UNITS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR | 38.75 | 14.450 | 559.94 | 17173.89 | FEDRAL | 39.78 | 1670.12 |
| SUN 11/2 | | | | 2606.42 | EE-SS | 34.72 | 1341.09 |
| VACATION | | | | 1271.60 | EE-MED | 8.12 | 313.64 |
| HOLIDAY | | | | 462.40 | PA | 17.19 | 664.04 |
| PER HOL | | | | 115.60 | PA-SUI-E | 0.34 | 12.98 |
| RETRO | | | | 0.50 | LUZERNE | 2.80 | 108.21 |
| | | | | | LST | 0.99 | 33.66 |
| | | | | | BROWN SH | 2.80 | 108.17 |
| | | | | | UNION | 5.05 | 165.49 |
| | | | | | DDEPFEE | 0.45 | 15.30 |
| | | | | | UNBLT | 1.00 | 34.00 |
| | | | | | OTHRIN | 4.27 | 145.18 |
| | | | | | CRDTUN | | 720.00 |
| Totals | 38.75 | | 559.94 | 21630.41 | Totals | | 117.51 | 5331.88 |

ACH CHECKING        Acct 02773852017                          $442.43

| OTHER | AMOUNT |
|---|---|
| | |

Payer: GRINDSTONE FOODLAND INC
Payee: DONKERS, LINDA

Check No.: 40609344
Check Date: 8/22/2018
Employee Number: 000431035

Pay Period End Date: 8/18/2018
Total Earnings: $559.94
Total Deductions: $117.51
Net Pay: $442.43