| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Linda Donkers** | Social Security number or ITIN  **xxx–xx–1250** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   10/10/18 |
| Case number: | 18–23971–JAD | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Linda Donkers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 306 Telegraph Road<br>Brownsville, PA 15417 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/19/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 7, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/7/19** at **11:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 18-23971-JAD
Linda Donkers                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 3            Date Rcvd: Nov 19, 2018
                              Form ID: 309I           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Linda Donkers,    306 Telegraph Road,    Brownsville, PA 15417-9560
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
14928343      #+AFC First Finanacial,    1005 Brookside Rd.,    Allentown, PA 18106-9023
14928342       Advanced Disposal,    32870 US-6, Pittsfield,    Marble, PA 16334
14928344       +Alltran,   PO Box 610,   Sauk Rapids, MN 56379-0610
14928345       +Atlantic Broadband,    2200 Beale Avenue,   Altoona, PA 16601-1927
14928371      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
14950746      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
14928351       +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
14928363        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14928364       +PA American Water,   PO Box 371412,    Pittsburgh, PA 15250-7412
14928367       +PNC Bank,   PO Box 94982,    Cleveland, OH 44101-4982
14928368       +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14928366      #+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14950765       +SRA Asssociates,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
14928373       +UFCW Local 23 Federal Credit Union,    345 Southpointe Boulevard--Suite 201,
                 Canonsburg, PA 15317-8571
14928372       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Nov 20 2018 03:05:38       Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2018 03:06:20      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 20 2018 03:06:30
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14928346       +EDI: BANKAMER2.COM Nov 20 2018 08:02:00      Bank of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
14928347       +EDI: TSYS2.COM Nov 20 2018 08:02:00      Barclays Bank Delaware,    125 South West Street,
                 Wilmington, DE 19801-5014
14928348       +EDI: HFC.COM Nov 20 2018 08:04:00      Beneficial,   P.O. Box 3425,    Buffalo, NY 14240-3425
14928356       +EDI: CREDPROT.COM Nov 20 2018 08:00:00      CREDIT PROTECTION ASSOC,    13355 NOEL RDSTE 2100,
                 Dallas, TX 75240-6837
14928349       +E-mail/Text: cms-bk@cms-collect.com Nov 20 2018 03:05:57       Capital Management Services,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14928350       +EDI: CHASE.COM Nov 20 2018 08:03:00      Chase,   201 N Walnut Street Mailstop De1-1027,
                 Wilmington, DE 19801-2920
14928353       +E-mail/Text: tuscolsup@fisglobal.com Nov 20 2018 03:07:02
                 Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
14928354       +EDI: CONVERGENT.COM Nov 20 2018 07:58:00      Convergent Outsourcing,    800 SW 39th Street,
                 Renton, WA 98057-4927
14928355       +EDI: RCSFNBMARIN.COM Nov 20 2018 08:02:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14928357        EDI: DISCOVER.COM Nov 20 2018 08:03:00      Discover Card Services,    P.O. Box 15157,
                 Wilmington, DE 19886
14928360       +EDI: IRS.COM Nov 20 2018 08:05:00      Internal Revenue Service,    1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14928361        EDI: JEFFERSONCAP.COM Nov 20 2018 07:58:00      Jefferson Capital,    PO BOX 7999,
                 Saint Cloud, MN 56302
14928362        EDI: RESURGENT.COM Nov 20 2018 08:03:00      LVNV Funding,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14942225        EDI: RESURGENT.COM Nov 20 2018 08:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14928365        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2018 03:06:20       PA Department of Revenue,
                 Bankruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0496
14944458       +E-mail/Text: csc.bankruptcy@amwater.com Nov 20 2018 03:07:21       PENNSYLVANIA AMERICAN WATER,
                 PO BOX 578,   ALTON, IL 62002-0578
14928369        EDI: PRA.COM Nov 20 2018 07:59:00      Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14929086       +EDI: PRA.COM Nov 20 2018 07:59:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14928370       +E-mail/Text: csidl@sbcglobal.net Nov 20 2018 03:06:55       Premier Bankcard,    POB 2208,
                 Vacaville, CA 95696-8208
14947870       +EDI: JEFFERSONCAP.COM Nov 20 2018 07:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14928374        E-mail/Text: bankruptcy@firstenergycorp.com Nov 20 2018 03:06:37       West Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
```

```
District/off: 0315-2          User: bsil              Page 2 of 3            Date Rcvd: Nov 19, 2018
                              Form ID: 309I           Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL   ASSOCIATION
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14950737*       +AFC First Finanacial,    1005 Brookside Rd.,    Allentown, PA 18106-9023
14950736*        Advanced Disposal,    32870 US-6, Pittsfield,    Marble, PA 16334
14950738*       +Alltran,    PO Box 610,    Sauk Rapids, MN 56379-0610
14950739*       +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14950740*       +Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
14950741*       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
14950742*       +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14950766*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
14928352*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania,    P.O. Box 117,    Columbus, OH 43216)
14950750*       +CREDIT PROTECTION ASSOC,    13355 NOEL RDSTE 2100,    Dallas, TX 75240-6837
14950743*       +Capital Management Services,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14950744*       +Chase,    201 N Walnut Street  Mailstop De1-1027,    Wilmington, DE 19801-2920
14950745*       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14950747*       +Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
14950748*       +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
14950749*       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
14950751*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Card Services,    P.O. Box 15157,    Wilmington, DE 19886)
14928358*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950752*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950754*       +Internal Revenue Service,    1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
14928359*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950753*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950755*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital,    PO BOX 7999,    Saint Cloud, MN 56302)
14950756*        LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14950757*        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14950758*       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14950759*        PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14950761*       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14950762*       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14950763*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
14950760*       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14950764*       +Premier Bankcard,    POB 2208,    Vacaville, CA 95696-8208
14950768*       +UFCW Local 23 Federal Credit Union,    345 Southpointe Boulevard--Suite 201,
                  Canonsburg, PA 15317-8571
14950767*       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
14950769*        West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
                                                                                       TOTALS: 1, * 36, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2               User: bsil              Page 3 of 3              Date Rcvd: Nov 19, 2018
                                   Form ID: 309I           Total Noticed: 42
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor Linda  Donkers ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```