# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** LINDA DONKERS
**Case Number:** 18-23971-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, APRIL 03, 2019 10:00 AM  COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Motion For Relief From Automatic Stay filed by PNC Bank, N.A.
- Response Filed 3/13/2019 by Debtor @ Doc. #40 [Due 3/16/2019]
R / M #: 37 / 0

### Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): ~~Paul W. McElrath, Esq.~~ 2 of 2
CREDITOR: James C. Warmbrodt, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ✓ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
4/4/19 7:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge