IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Linda Donkers<br>                Debtor<br><br>PNC Bank, National Association<br>                Movant<br>v.<br>Linda Donkers<br>Ronda J. Winnecour, Trustee<br>                Respondents | NO. 18-23971 JAD<br><br>CHAPTER 13<br><br>Related to Doc. 37, 40 and 47 |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a mortgage on Debtor's property located at 306 Telegraph Road, Brownsville, PA 15417;

WHEREAS, Movant has filed a motion for relief from the automatic stay;

WHEREAS, Debtor has filed a response opposing relief from the automatic stay;

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the property at 306 Telegraph Road, Brownsville, PA 15417, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3. Time is of the essence as to all plan payments going forward.

4. For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtor's payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the property at 306 Telegraph Road, Brownsville, PA 15417, upon the filing of an Affidavit of Default by Movant, without further hearing or without entry of an additional order, if Debtor has failed to cure the default ten (10) days after written notice of default to Debtor's counsel. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records as well as the records of the Chapter 13 Trustee.

4. Relief from the automatic stay shall be effective immediately upon conversion of Debtor's case to a case under Chapter 7.

5. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account of its secured claim, unless directed otherwise by further Order of Court.

6. The hearing in this matter scheduled for May 29, 2019 at 10:00 a.m. is cancelled.

*/s/ Paul W. McElrath, Esquire*
Paul W. McElrath, Esquire
Attorney for Debtor
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Phone: 412-765-3606
czutz@mcelrathlaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
KML Law Group, P.C.
Attorney for Movant
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/ Ronda J. Winnecour*
Ronda J. Winnecour
Chapter 13 Trustee

US Steel Tower-Suite 3250
Pittsburgh, PA  15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

5-7-2019

By the Court,

_____
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
5/7/19 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23971-JAD
Linda Donkers                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1              Date Rcvd: May 07, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Linda Donkers,    306 Telegraph Road,    Brownsville, PA 15417-9560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Linda    Donkers ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4