Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Linda Donkers**
   Debtor(s)

Bankruptcy Case No.: 18–23971–JAD
Doc. #50
Chapter: 13
Docket No.: 51 – 50
Concil. Conf.: February 20, 2020 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **February 20, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 15, 2019

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                      Case No. 18-23971-JAD
Linda Donkers                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz              Page 1 of 3         Date Rcvd: Nov 15, 2019
                              Form ID: 410            Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Linda Donkers,    306 Telegraph Road,    Brownsville, PA 15417-9560
14928342        Advanced Disposal,    32870 US-6, Pittsfield,   Marble, PA 16334
14928344       +Alltran,    PO Box 610,    Sauk Rapids, MN 56379-0610
14928345       +Atlantic Broadband,    2200 Beale Avenue,   Altoona, PA 16601-1927
14928346       +Bank of America,    Po Box 17054,   Wilmington, DE 19850-7054
14928347       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
14928348       +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14928371      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: TSYS Debt Management,     PO Box 5155,   Norcross, GA 30091)
14950746      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
14928356      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                PLANO TX 75093-4805
                (address filed with court: CREDIT PROTECTION ASSOC,     13355 NOEL RDSTE 2100,
                Dallas, TX 75240)
14928350       +Chase,    201 N Walnut Street  Mailstop De1-1027,    Wilmington, DE 19801-2920
14928351       +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
14928363        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14928364       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14928367       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14928368       +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
14950765       #+SRA Asssociates,    401 Minnetonka Road,   Somerdale, NJ 08083-2914
14928373       +UFCW Local 23 Federal Credit Union,    345 Southpointe Boulevard--Suite 201,
                Canonsburg, PA 15317-8571
14928372       +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14928349       +E-mail/Text: cms-bk@cms-collect.com Nov 16 2019 03:25:08     Capital Management Services,
                726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14928353       +E-mail/Text: tuscolsup@fisglobal.com Nov 16 2019 03:26:10
                Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
14928354       +E-mail/Text: convergent@ebn.phinsolutions.com Nov 16 2019 03:26:07      Convergent Outsourcing,
                800 SW 39th Street,    Renton, WA 98057-4927
14928355       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2019 03:31:49      Credit One Bank,
                Po Box 98875,   Las Vegas, NV 89193-8875
14928357        E-mail/Text: mrdiscen@discover.com Nov 16 2019 03:24:59     Discover Card Services,
                P.O. Box 15157,    Wilmington, DE 19886
14928360        E-mail/Text: cio.bncmail@irs.gov Nov 16 2019 03:25:05     Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14928361        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 03:25:56     Jefferson Capital,
                PO BOX 7999,   Saint Cloud, MN 56302
14928362        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:31:51      LVNV Funding,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14942225        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2019 03:33:05
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14928365        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 03:25:31     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
14944458       +E-mail/Text: csc.bankruptcy@amwater.com Nov 16 2019 03:26:30     PENNSYLVANIA AMERICAN WATER,
                PO BOX 578,   ALTON, IL 62002-0578
14928369        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:44
                Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14929086       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:34:04
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14928370       +E-mail/Text: csidl@sbcglobal.net Nov 16 2019 03:26:07     Premier Bankcard,    POB 2208,
                Vacaville, CA 95696-8208
14947870       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2019 03:25:57     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14928374        E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2019 03:25:46      West Penn Power,
                P.O. Box 3687,   Akron, OH 44309-3687
14955881       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 16 2019 03:25:46      West Penn Power,
                5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14950737*      +AFC First Finanacial,    1005 Brookside Rd.,   Allentown, PA 18106-9028
14950736*       Advanced Disposal,    32870 US-6, Pittsfield,   Marble, PA 16334
14950738*      +Alltran,    PO Box 610,    Sauk Rapids, MN 56379-0610
14950739*      +Atlantic Broadband,    2200 Beale Avenue,   Altoona, PA 16601-1927
14950740*      +Bank of America,    Po Box 17054,   Wilmington, DE 19850-7054
14950741*      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
```

```
District/off: 0315-2           User: skoz                   Page 2 of 3                   Date Rcvd: Nov 15, 2019
                               Form ID: 410                 Total Noticed: 36


             ***** BYPASSED RECIPIENTS (continued) *****
14950742*       +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14950766*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: TSYS Debt Management,     PO Box 5155,    Norcross, GA 30091)
14928352*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,     BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Pennsylvania,     P.O. Box 117,    Columbus, OH 43216)
14950750*      ++CREDIT PROTECTION ASSOCIATION LP,     PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                  PLANO TX 75093-4805
                 (address filed with court: CREDIT PROTECTION ASSOC,     13355 NOEL RDSTE 2100,
                  Dallas, TX 75240)
14950743*       +Capital Management Services,     726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14950744*       +Chase,    201 N Walnut Street  Mailstop De1-1027,     Wilmington, DE 19801-2920
14950745*       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14950747*       +Complete Payment Recovery Services,     3500 5th Street,    Northport, AL 35476-4723
14950748*       +Convergent Outsourcing,    800 SW 39th Street,     Renton, WA 98057-4927
14950749*       +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
14950751*      ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Card Services,     P.O. Box 15157,    Wilmington, DE 19886)
14928358*       +Internal Revenue Service,     Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950752*       +Internal Revenue Service,     Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950754*       +Internal Revenue Service,     1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
14928359*        Internal Revenue Service,     Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950753*        Internal Revenue Service,     Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950755*      ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital,     PO BOX 7999,    Saint Cloud, MN 56302)
14950756*        LVNV Funding,    Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
14950757*        Mon valley Hospital, Inc.,     1163 Country Club Road,    Monongahela, PA 15063-1095
14950758*       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14950759*        PA Department of Revenue,     Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14950761*       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14950762*       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14966090*       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14950763*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
14950760*       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14950764*       +Premier Bankcard,    POB 2208,    Vacaville, CA 95696-8208
14950768*       +UFCW Local 23 Federal Credit Union,     345 Southpointe Boulevard--Suite 201,
                  Canonsburg, PA 15317-8571
14950767*       +Udren Law Offices,    Woodcrest Corporate Center,     111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
14950769*        West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14928343        ##+AFC First Finanacial,    1005 Brookside Rd.,     Allentown, PA 18106-9028
14928366        ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                               TOTALS: 1, * 37, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: skoz                  Page 3 of 3               Date Rcvd: Nov 15, 2019
                                  Form ID: 410                Total Noticed: 36
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor Linda   Donkers ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```