**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Linda Donkers** | : | Case No. 18−23971−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 50 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 11th of February, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23971-JAD
Linda Donkers                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Feb 11, 2020
                              Form ID: 309            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.
```
db            +Linda Donkers,    306 Telegraph Road,    Brownsville, PA 15417-9560
14928342       Advanced Disposal,    32870 US-6, Pittsfield,    Marble, PA 16334
14928344      +Alltran,    PO Box 610,    Sauk Rapids, MN 56379-0610
14928345      +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14928371     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
14950746     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,    P.O. Box 117,    Columbus, OH 43216)
14928351      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14928363       Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
15159349       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14928364      +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14928367      +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14928368      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14950765     #+SRA Asssociates,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
14928373      +UFCW Local 23 Federal Credit Union,    345 Southpointe Boulevard--Suite 201,
               Canonsburg, PA 15317-8571
14928372      +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14928346      +EDI: BANKAMER2.COM Feb 12 2020 07:23:00      Bank of America,    Po Box 17054,
               Wilmington, DE 19850-7054
14928347      +EDI: TSYS2.COM Feb 12 2020 07:23:00      Barclays Bank Delaware,    125 South West Street,
               Wilmington, DE 19801-5014
14928348      +EDI: HFC.COM Feb 12 2020 07:28:00      Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14928356      +EDI: CREDPROT.COM Feb 12 2020 07:23:00      CREDIT PROTECTION ASSOC,    13355 NOEL RDSTE 2100,
               Dallas, TX 75240
14928349      +E-mail/Text: cms-bk@cms-collect.com Feb 12 2020 02:51:39      Capital Management Services,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14928350      +EDI: CHASE.COM Feb 12 2020 07:28:00      Chase,    201 N Walnut Street  Mailstop De1-1027,
               Wilmington, DE 19801-2920
14928353      +E-mail/Text: tuscolsup@fisglobal.com Feb 12 2020 02:52:36
               Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
14928354      +EDI: CONVERGENT.COM Feb 12 2020 07:23:00      Convergent Outsourcing,    800 SW 39th Street,
               Renton, WA 98057-4927
14928355      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 12 2020 02:49:42      Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
14928357       EDI: DISCOVER.COM Feb 12 2020 07:23:00      Discover Card Services,    P.O. Box 15157,
               Wilmington, DE 19886
14928360       EDI: IRS.COM Feb 12 2020 07:28:00      Department of the Treasury,    Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
14928361       EDI: JEFFERSONCAP.COM Feb 12 2020 07:23:00      Jefferson Capital,    PO BOX 7999,
               Saint Cloud, MN 56302
14928361       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2020 02:52:21      Jefferson Capital,
               PO BOX 7999,    Saint Cloud, MN 56302
14928362       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2020 02:50:17      LVNV Funding,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14942225       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 12 2020 02:49:45
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14928365       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:51:54      PA Department of Revenue,
               Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14944458      +E-mail/Text: csc.bankruptcy@amwater.com Feb 12 2020 02:52:53      PENNSYLVANIA AMERICAN WATER,
               PO BOX 578,    ALTON, IL 62002-0578
14928369       EDI: PRA.COM Feb 12 2020 07:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14929086      +EDI: PRA.COM Feb 12 2020 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14928370      +E-mail/Text: csidl@sbcglobal.net Feb 12 2020 02:52:33      Premier Bankcard,    POB 2208,
               Vacaville, CA 95696-8208
14947870      +EDI: JEFFERSONCAP.COM Feb 12 2020 07:23:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14947870      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 12 2020 02:52:21      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14928374       E-mail/Text: bankruptcy@firstenergycorp.com Feb 12 2020 02:52:10      West Penn Power,
               P.O. Box 3687,    Akron, OH 44309-3687
14955881      +E-mail/Text: bankruptcy@firstenergycorp.com Feb 12 2020 02:52:10      West Penn Power,
               5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 24
```

```
District/off: 0315-2                  User: jhel                    Page 2 of 3                   Date Rcvd: Feb 11, 2020
                                      Form ID: 309                  Total Noticed: 37


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL    ASSOCIATION
cr*            NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14950737*     +AFC First Finanacial,    1005 Brookside Rd.,    Allentown, PA 18106-9028
14950736*      Advanced Disposal,    32870 US-6, Pittsfield,    Marble, PA 16334
14950738*     +Alltran,    PO Box 610,    Sauk Rapids, MN 56379-0610
14950739*     +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14950740*     +Bank of America,    Po Box 17054,    Wilmington, DE 19850-7054
14950741*     +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
14950742*     +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
14950766*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: TSYS Debt Management,      PO Box 5155,    Norcross, GA 30091)
14928352*    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,      P.O. Box 117,    Columbus, OH 43216)
14950750*    ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                PLANO TX 75093-4805
              (address filed with court: CREDIT PROTECTION ASSOC,      13355 NOEL RDSTE 2100,
                Dallas, TX 75240)
14950743*     +Capital Management Services,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
14950744*     +Chase,    201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
14950745*     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14950747*     +Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
14950748*     +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
14950749*     +Credit One Bank,    Po Box 98875,    Las Vegas, NV 89193-8875
14950751*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover Card Services,      P.O. Box 15157,    Wilmington, DE 19886)
14928358*     +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950752*     +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14950754*     +Internal Revenue Service,    1000 Liberty Avenue,    Room 727,    Pittsburgh, PA 15222-4107
14928359*      Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950753*      Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14950755*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital,      PO BOX 7999,    Saint Cloud, MN 56302)
14950756*      LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14950757*      Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14950758*     +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14950759*      PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14950761*     +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
14950762*     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14966090*     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14950763*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,      Po Box 41067,    Norfolk, VA 23541)
14950760*     +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14950764*     +Premier Bankcard,    POB 2208,    Vacaville, CA 95696-8208
14950768*     +UFCW Local 23 Federal Credit Union,    345 Southpointe Boulevard--Suite 201,
                Canonsburg, PA 15317-8571
14950767*     +Udren Law Offices,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
14950769*      West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14928343     ##+AFC First Finanacial,    1005 Brookside Rd.,    Allentown, PA 18106-9028
14928366     ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                              TOTALS: 1, * 38, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Feb 11, 2020
                              Form ID: 309            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Linda  Donkers ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```