**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LINDA DONKERS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23971 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/10/2018 and confirmed on 01/10/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,320.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,320.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,136.86 | |
| Trustee Fee | 275.76 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,412.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 2509 | 0.00 | 4,907.38 | 0.00 | 4,907.38 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>Acct: 2509 | 71,894.91 | 0.00 | 0.00 | 0.00 |
| | | | | 4,907.38 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LINDA DONKERS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1250 | 12,791.12 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 3,400.00 | 2,136.86 | 0.00 | 0.00 |

***NONE***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| ADVANCED DISPOSAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AFC FIRST FINANCIAL CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLTRAN FINANCIAL LP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLANTIC BROADBAND*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL/HFC**++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*)<br>Acct: 1250 | 9,014.58 | 0.00 | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SERVIC<br>Acct: 9679 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INCORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 2605 | 356.17 | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC<br>Acct: 2180 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MONONGAHELA VALLEY HOSPITAL<br>Acct: 4745 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN<br>Acct: 0174 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMERICAN<br>Acct: 7878 | 482.03 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 7800 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2760 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 0105 | 637.66 | 0.00 | 0.00 | 0.00 |
| SRA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23971 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
| | | | | |
|---|---|---|---|---|
| Acct: | | | | |
| TSYS TOTAL DEBT MGT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UFCW LOCAL 23 FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 13,304.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5853 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,024.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1250 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 4,907.38 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 12,791.12 |
| SECURED | 71,894.91 |
| UNSECURED | 25.818.57 |

Date: 03/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com